# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City:** Boston

**County:**

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** Dquintz Alexander    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:**

**Address:** (City & State) Detroit, Michigan

**Birth date (Yr only):** 1987   **SSN (last4#):** 5007   **Sex:** M   **Race:** Black   **Nationality:** U.S. Citizen

**Defense Counsel if known:**    **Address:**

**Bar Number:**

## U.S. Attorney Information:

**AUSA:** Christopher J. Markham    **Bar Number if applicable:** 685591

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

[X] Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Detroit, Michigan

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 7

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/2/2021    **Signature of AUSA:** *Christopher J Markham*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Dquintz Alexander

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Wire Fraud Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-6 |
| Set 3 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____