UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | No. 21-CR-10328-AK |
| v. | ) ) |  |
| DQUINTZ ALEXANDER | ) ) |  |
| Defendant. | ) ) |  |

## WITHDRAWAL OF APPEARANCE

The undersigned Assistant U.S. Attorney will no longer be employed by the United States Attorney's Office effective August 15, 2025 and respectfully requests leave to withdraw his appearance in the above-captioned matter.

Respectfully submitted,

Dated: August 13, 2025   By:   */s/ Christopher J. Markham*
CHRISTOPHER J. MARKHAM BBO # 685591
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 13, 2025   By:   */s/ Christopher J. Markham*
CHRISTOPHER J. MARKHAM BBO # 685591
Assistant United States Attorney